JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
RALPHS GROCERY COMPANY
d/b/a FOOD 4 LESS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIA RICE, | CASE NO. 2:15-cv-01543-GMN-CWH |
| Plaintiff, | |
| vs. | |
| RALPHS GROCERY COMPANY d/b/a FOOD 4 LESS, a Foreign Corporation; BFL 1955 NORTH NELLIS, L.L.C d/b/a FOOD 4 LESS, a Nevada Limited Liability Company; DOE OWNER, I-V; ROE EMPLOYER; ROE COMPANIES, I-V; ROE MANUFACTURER; ROE MAINTENANCE COMPANY; ROE WHOLESALER; and ROE RETAILER | **STIPULATION AND ORDER FOR DIMISSAL WITH PREJUDICE** |
| Defendants. | |

WHEREAS, prior to this case being removed to Federal Court on August 12, 2016 (*See* ECF No. 1), counsel for the Plaintiff and Defendant had filed a stipulation and order in State Court dismissing former Defendant BFL 1955 NORTH NELLIS, L.L.C., d/b/a FOOD 4 LESS from this litigation; and

WHEREAS, the remaining parties to this litigation along with their counsel of record participated in a mandatory settlement conference on September 8, 2016, which resulted in the parties reaching a tentative settlement of all remaining claims that was subsequently finalized and confirmed as a full and final settlement of this case one week after the settlement conference;

///

CLAC 3505382.1

IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON, P.A., counsel for Defendant RALPHS GROCERY COMPANY d/b/a FOOD 4 LESS, and JACQUELINE R. BRETELL, ESQ. of MORRIS ANDERSON LAW, counsel for Plaintiff MIA RICE as follows:

1. Plaintiff MIA RICE'S claims herein against Defendant RALPHS GROCERY COMPANY d/b/a FOOD 4 LESS shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

2. That the settlement referenced above is a full and final settlement of all claims in this case; thus, the parties request that all pending dates, including the trial date of February 6, 2017 be vacated.

Respectfully submitted this 10th day of October, 2016.

| MORRIS ANDERSON LAW | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Jacqueline R. Bretell, Esq.<br>JACQUELINE R. BRETELL, ESQ.<br>Nevada Bar No. 12335<br>716 South Jones Boulevard<br>Las Vegas, NV 89107<br>*Attorneys for Plaintiff*<br>MIA RICE | /s/ Jerry S. Busby, Esq.<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 1107<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>*Attorneys for Defendant*<br>RALPHS GROCERY COMPANY<br>d/b/a FOOD 4 LESS |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: October 17, 2016

CLAC 3505382.1

2